# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

SCOTT NIELSEN and TROY GRAVES

*Plaintiff*

v.

HARRY M. WOMACK, individually and d/b/a HALLELUJAH HARRY'S SALSA, and W.E. MARKETING, LLC, a Florida limited liabiltiy company,

*Defendant*

**Civil Action No.** 1:26-cv-00407

## SUMMONS IN A CIVIL ACTION

**TO:** ***(Defendant's name and address)***
HARRY M. WOMACK
50 Destination Drive
Waynesville, NC 28786

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

James P.A. Twisdale
Twisdale Law, PC
1208 John B. White Sr. Blvd.
Spartanburg, SC 29306

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Katherine Hord Simon, Clerk
United States District Court

Date 11/24/2026

**Civil Action No.** ,

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

**This summon for *(name of individual and title, if any)***

**____________________________________________**

**was received by me on *(date)* __________________________________________.**

❑ **I personally served the summons on the defendant at *(place)*___________________________________________________________________________________ on *(date)* _______________________________________; or**

❑ **I left the summons at the individual's residence or usual place of abode with *(name)* ________________________________________________, a person of suitable age and discretion who resides there, on *(date)* ____________________________, and mailed a copy to the individual's last known address; or**

❑ **I served the summons on *(name of individual)* ______________________________________________, who is designated by law to accept service of process on behalf of *(name of organization)* __________________________ on *(date)* __________________________; or**

❑ **I returned the summons unexecuted because ___________________________________________; or**

❑ **Other *(specify)*:**

**_________________________________________________________________________________**

**My fees are $ ____________________ for travel and $ _____________________ for services, for a total of $______________________.**

**I declare under penalty of perjury that this information is true.**

**Date:______________________________**

__________________________________________________
**Server's signature**

__________________________________________________
**Printed name and title**

__________________________________________________
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

SCOTT NIELSEN and TROY GRAVES

*Plaintiff*

v.

HARRY M. WOMACK, individually and d/b/a HALLELUJAH HARRY'S SALSA, and W.E. MARKETING, LLC, a Florida limited liabiltiy company,

*Defendant*

**Civil Action No.** 1:26-cv-00407

## SUMMONS IN A CIVIL ACTION

**TO:** ***(Defendant's name and address)***

W.E. MARKETING, LLC, a Florida limited liability company
c/o JPR ACCOUNTING LLC
2751 ENTERPRISE RD
SUITE 209
ORANGE CITY, FL 32763

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

James P.A. Twisdale
Twisdale Law, PC
1208 John B. White Sr. Blvd.
Spartanburg, SC 29306

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Katherine Hord Simon, Clerk
United States District Court

Date 11/24/2026

**Civil Action No.** ,

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

**This summon for *(name of individual and title, if any)***
**________________________________________**
**was received by me on *(date)* _______________________________________.**

❑ **I personally served the summons on the defendant at**
***(place)*______________________________________________________________________________**
**on *(date)* ____________________________________; or**

❑ **I left the summons at the individual's residence or usual place of abode with *(name)***
**______________________________________________, a person of suitable age and discretion who resides there, on *(date)* __________________________, and mailed a copy to the individual's last known address; or**

❑ **I served the summons on *(name of individual)* _____________________________________________,**
**who is designated by law to accept service of process on behalf of *(name of organization)***
**________________________ on *(date)* ________________________; or**

❑ **I returned the summons unexecuted because ________________________________________; or**

❑ **Other *(specify)*:**
**____________________________________________________________________________**

**My fees are $ ___________________ for travel and $ ____________________ for services, for a total of $_____________________.**

**I declare under penalty of perjury that this information is true.**

**Date:___________________________** **_________________________________________________**
**Server's signature**

**_________________________________________________**
**Printed name and title**

**_________________________________________________**
**Server's address**

**Additional information regarding attempted service, etc:**